**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 13, 2020

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **Re:   United States v. Dwight Velasquez, 11 Cr. 99 (LAP)**

Dear Judge Castel:

   I write with the consent of the Government and the Probation Department to respectfully [request a modification of Mr. Velasquez' release conditions to eliminate the residential re-entry condition. ]

   On February 2, 2016, Your Honor imposed a term of two years and six months of supervised release, with six months in a residential re-entry center. Mr. Velasquez spent one month in the Bronx Residential Re-Entry Center, but was then detained on a New York state case. He was sentenced to five years incarceration and five years of parole supervision. Mr. Velasquez served that sentence and was released from state custody on June 11, 2020.

   Mr. Velasquez is currently residing with his partner and child on Staten Island. That home has been approved by both the Probation Department and the NYS Division of Parole. Given Mr. Velasquez' compliance with the conditions of his supervised release, and the ongoing public health crisis, [I am requesting a modification of the release conditions to allow Mr. Velasquez to remain in that home.] The Government and the Probation Department do not object to this request.

Application GRANTED.
SO ORDERED.
DATED:  7/15/2020

*[signature: P. Kevin Castel]*
P. Kevin Castel
United States District Judge

Respectfully submitted,

*[signature]*

Tamara L. Giwa
Federal Defenders of New York
(917) 890-9729

Cc:   AUSA Daniel Richenthal (via ECF)